ADAM REISNER, ESQ. (SBN 204351)
adam@reisnerlaw.com
TESSA KING, ESQ. (SBN 251408)
tessa@reisnerlaw.com
TRAVIS BECK, ESQ. (SBN 334316)
travis@reisnerlaw.com
REISNER & KING LLP
15303 Ventura Blvd, Suite 1260
Sherman Oaks, California 91403
Phone:    (818) 981-0901
Fax:      (818) 981-0902

Attorneys for Plaintiff **ADAM FRY**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM FRY,<br><br>                 Plaintiff,<br><br>    v.<br><br>NAVISTAR, INC.,<br>JEFFREY DOSSEY, an individual; and<br>DOES 1 THROUGH 100,<br><br>                 Defendants. | Case No.:  2:22-cv-01201-TLN-JDP<br><br>**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:       August 22, 2022<br>Time:      8:30 a.m.<br>Dept.:     6A<br>Judge:    Hon. Troy L. Nunely |

1

**DECLARATION OF ADAM REISNER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTION TO REMAND**

I, Adam Reisner, hereby declare:

1.      I am the partner attorney at the law offices of Reisner and King LLP, counsel of record for Plaintiff, Adam Fry, in the above-entitled action.  I am admitted to practice before this Court.  I have personal knowledge of all matters set forth herein.  If called as a witness to testify to these matters, I could and would testify competently to these matters.

2.      On July 5, 2022, I had a phone conversation with Defense counsel Nathaniel Jenkins regarding the present matter, Adam Fry v. Navistar, Inc. At no point during the call did we discuss the merits of Defendants' Motion to Dismiss.

3.      Instead, I discussed Plaintiff's proposal to stay the proceedings and have the Parties attend an early resolution mediation with a mutually agreeable mediator. Mr. Jenkins agreed to discuss the proposal with his clients.

4.      I further encouraged Mr. Jenkins to not file Defendants' Motion so we could work towards resolution. This was the full extent of the conversation.

5.      On July 27, 2022 Plaintiff's counsel sent an email to Defense counsel inquiring about moving the motion to dismiss hearing to be heard jointly with Plaintiff's Motion to Remand. Additionally, Plaintiff's Counsel inquired if Defendants would agree to allow Plaintiff leave to amend his complaint. **Attached hereto as Exhibit A is a true and correct copy of of Plaintiff's counsel email.**

6.      Plaintiff will seek to amend his complaint to add further facts regarding Plaintiff's Native-American hertigage, a fact that Defendant Dossey was aware of. Plaitiff will also add facts about Defendant Dossey giving him "dirty looks" frequently as well as staring and leering. Plaintiff will also amend to add a claim or race/associational race harassment.

Executed July 29, 2022, at Sherman Oaks, California.


*Adam Reisner*
_____
ADAM REISNER, ESQ.

2

**DECLARATION OF ADAM REISNER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND**

# EXHIBIT "A"

**Travis Beck**

| | |
|---|---|
| **From:** | Travis Beck |
| **Sent:** | Wednesday, July 27, 2022 9:17 AM |
| **To:** | 'Jenkins, Nate'; 'Kara L. Jassy' |
| **Cc:** | Jon R; Adam Reisner |
| **Subject:** | RE: Fry v. Navistar Inc. |

Good Morning Counsel,

I wanted to follow up on the mediation proposal, I was out of the office at the time and don't see a response. Additionally, with Defendant's Motion to Dismiss and Plaintiff's Motion to Remand being intrinsically connected, would you be willing to agree to move Defendant's Motion to Dismiss Hearing to the date of the Motion to Remand or another joint date thereafter? We believe the issues should be addressed jointly. Lastly, Plaintiff seeks to amend his complaint would Defendants agree to not oppose Plaintiff's effort to amend the complaint?

Thank you,
Travis

Travis Beck | Attorney

# REISNER & KING LLP

Sherman Oaks Galleria
15303 Ventura Blvd. Suite 1260
Sherman Oaks, CA 91403
*travis@reisnerlaw.com* | *www.reisnerking.com*
Phone: (818) 981-0901 | Fax: (818) 981-0902

*PRIVILEGED & CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATIONS AND WORK PRODUCT - This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, or have been inadvertently and erroneously referenced in the address line, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately and delete all copies of the message*

**From:** Jenkins, Nate <NJenkins@littler.com>
**Sent:** Friday, July 15, 2022 12:40 PM
**To:** Abraham Ramirez <abraham@reisnerlaw.com>; Kara L. Jassy <KJassy@littler.com>; Adam Reisner <adam@reisnerlaw.com>
**Cc:** travis@reisnerlaw.com
**Subject:** RE: Fry v. Navistar Inc.

Hi Adam:

Thanks for the phone calls yesterday afternoon and this morning. As we discussed just a bit ago, my client is very interested in your mediation proposal, but will need to run it up the chain of command, and that individual is not available until Monday. Therefore, to preserve our deadline to bring the 12(b)(6) motion, we will need to file it today, but will get back to you on Monday with a confirmed response to your proposal.

Thanks again,

**Nate Jenkins**
Attorney at Law
916.830.7211 direct, 916.291.7825 mobile

NJenkins@littler.com

Pronouns: He/Him



Labor & Employment Law Solutions | Local Everywhere
500 Capitol Mall, Suite 2000, Sacramento, CA 95814

**From:** Jenkins, Nate
**Sent:** Thursday, July 14, 2022 3:35 PM
**To:** Abraham Ramirez <abraham@reisnerlaw.com>; Kara L. Jassy <KJassy@littler.com>; Adam Reisner <adam@reisnerlaw.com>
**Cc:** travis@reisnerlaw.com
**Subject:** RE: Fry v. Navistar Inc.
**Importance:** High

Dear Adam and Travis:

Attached please find Navistar's meet and confer letter in response to your letter of July 11, including Navistar's request to meet and confer regarding its intent to file a motion to dismiss Mr. Dossey pursuant to FRCP Rule 12(b)(6). Please let us know when you have a few minutes this afternoon or tomorrow morning for a phone call to further discuss both parties' positions.

Thank you,

**Nate Jenkins**
Attorney at Law
916.830.7211 direct, 916.291.7825 mobile
NJenkins@littler.com

Pronouns: He/Him



Labor & Employment Law Solutions | Local Everywhere
500 Capitol Mall, Suite 2000, Sacramento, CA 95814

**From:** Abraham Ramirez <abraham@reisnerlaw.com>
**Sent:** Tuesday, July 12, 2022 11:01 AM
**To:** Kara L. Jassy <KJassy@littler.com>; Jenkins, Nate <NJenkins@littler.com>; Adam Reisner <adam@reisnerlaw.com>
**Cc:** travis@reisnerlaw.com
**Subject:** Fry v. Navistar Inc.


**[EXTERNAL E-MAIL]**

Hello Counsel,

Please find the attached.

Best,

Abraham Ramirez**| Paralegal**

# REISNER & KING LLP

15303 Ventura Blvd., Suite 1260 **|** Sherman Oaks, CA 91403
*abraham@reisnerlaw.com* **|** *www.reisnerking.com*
Phone: (818) 981-0901 **|** Fax: (818) 981-0902

This electronic communication and any accompanying document(s) may be confidential and privileged. If you are not the named addressee, or have been inadvertently and erroneously referenced in the address line, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify me immediately by e-mail and delete all copies of the message.

--------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

     I am a resident of the State of California; I am over the age of 18 years and not a party to the within action; my business address is 15 Ventura Blvd, Suite 1210, Sherman Oaks, CA 91403.

On **July 29, 2022**, I served true copies of the following document(s) described **PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT,** on the following interested parties in this action:

Kara L. Jassy
kjassy@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street 63rd Floor
Los Angeles, California 90071

Nathaniel H. Jenkins
njenkins@littler.com
LITTLER MENDELSON P.C.
500 Capitol Mall Suite 2000
Sacramento, California 95814

  **X**  **BY EMAIL:** I hereby certify that on July 29, 2022, the foregoing documents were filed electronically. A copy was sent by electronic mail transmission to the e-mail addresses listed.

  **X**    **ELECTRONICALLY** by using the Court's ECF/CM System.

  **X**  **(FEDERAL)**  **I declare under the penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.**

Executed on **July 29, 2022**, at Sherman Oaks, California.

                 *Jon Ramone*
                 Jon Ramone